FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

MAY – 2 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JAMES N. HATTEN, CLERK
BY J. Bran~~~~ Deputy Clerk

**HLM**

Andrew M. Schulte #1000604801
(Enter above the full name and prisoner
identification number of the plaintiff.)

-vs-

Clay Tatum
Shay Hatcher
Tim Clark
(Enter above the full name of the defendant(s).)

4:14-CV-0101

I.   **Previous Lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes (   )      No ( ✓ )

B.   If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2.   Court (if federal court, name the district; if state court, name the county):

_____

_____

3.   Docket Number: _____

I.    Previous Lawsuits (Cont'd)

    4.    Name of judge to whom case was assigned: _____

    5.    Did the previous case involve the same facts?

            Yes ( )     No ( )

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
        _____
        _____

    7.    Approximate date of filing lawsuit: _____

    8.    Approximate date of disposition: _____

II.   Exhaustion of Administrative Remedies
    A.    Place of Present Confinement: _Phillips State Prison_

    B.    Is there a prisoner grievance procedure in this institution?
        Yes (✔)    No ( )

    C.    Did you present the facts relating to your complaint in the state prisoner grievance
        procedure?
        Yes (✔)    No ( )

    D.    If your answer is YES:
        1.    What steps did you take and what were the results?
            _I filed grievance upon grievance and_
            _even wrote formal letters to Wardens_
            _with no end result. They said because_
            _I was transfered the case was_
            _closed._

        2.    If your answer is NO, explain why not: _____
            _____

III.  Parties
    (In item A below, place your name in the first blank and place your present address in the
    second blank.  Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff(s): _Andrew M. Schulte_
        _Phillips State Prison_

III.   Parties (Cont'd)

Address(es): Phillips State Prison
2989 West Rock Quarry Rd
Buford, GA 30519

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): ① Clay Tatum
② Shay Hatcher
③ Tim Clark

Employed as ① Warden  ② Deputy Warden of Security   ③ Unit Manager

at   Hays State Prison

IV.   Statement of Claim
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In December of 2012 I was sexually assaulted while in the Annex at Hays State Prison. I called the PREA Hotline, wrote letters to Deputy Warden Hatcher, and informed unit manager Tim Clark along with two other sanitation officers that I needed and wanted to be moved to protective custody. I was told that they were "to busy" and had "to many other things going on". I would have to return to the same dorm and wait until "after the holidays". When I attempted to refuse I was threatend by Warden Tatum and told that I would be assaulted by the CERT team if I did not return to my dorm immediatly.
Upon returning to the dorm I was sexually and physically assaulted again repeatedly

IV.   **Statement of Claim (Cont'd)**

until 12/26/12 When I was finally moved into protective custody. I was never seen by medical and the Sexual Abuse Response Team never completed an investigation. I was merely kept in the hole for 2 months "pending PREA Investigation" until I was transfered.

I have since then been diagnosed with Post Traumatic Stress Disorder and suffer from intense anxiety, panic attacks, nightmares, and flashbacks.

All three of the defendants acted under the color of state law and if they had followed the standard operating procedures for sexual assault I would not have been raped repeatedly again. As it was, they failed to respond therefore endangering my safety and physical/mental well-being; treating me with deliberate indifference.

V.   **Relief**
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

Assist me in gaining reimbursement for physical/mental anguish, loss of lifes enjoyment, mental handicap in the form of PTSD in the form of $50,000 per defendant.

Also I would like to open individual lawsuits against each said defendant in both their individual and professional capacities.

V.    Relief (Cont'd)

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this  21  day of  April                     , 2014 .

_____
Signature of Plaintiff

STATE OF  Georgia
COUNTY (CITY) OF  Gwinnett

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 4/21/14
              (Date)

_____
Signature of Plaintiff