6-8-14 ①

JUN 10 2014
JAMES N. HATTEN, Clerk
By: Deputy Clerk

To whom it may concern,

My name is Andrew M. Schulte; the plaintiff in Civil action NO. 4:14-CV-01-HLM-WEJ I was recently hospitalized after suffering a heart attack during transport from an appointment at Augusta State medical Prison back to Phillips State Prison.

On June 4th 2014 I received a packet from your office with an order from the court dated may 15th 2014. In this order the Court directed that I, the plaintiff, complete the enclosed summons and USM 285 forms and return them to the clerks office within 21 days from the date of the order.

As I previously stated, I did not recieve the court order until June 4th which was already (20) twenty days after the order was signed.

I am being denied the access that I need to the law library, which is in fact any access at all.

I completed the summons forms and USM 285 forms to the best of my

ability but was denied the physical street address to Hays State Prison. I was oniy allowed the Post Office Box number which I know is not sufficent for the delivery of summons.

I am asking the court to please be understanding of my situation and accept the Summons and USM 285 form which were mailed on the 5th of June.

andrew M. Schulte